Exhibit 1

**DECASTRO's 4/3/22 Formal Demand for Return of Property**

April 1, 2022

City of Ironton Police Department
Attn: Police Chief Pam Wagner
301 S. 3rd St.
Ironton, OH. 45638

Re: Immediate Return of Personal Property – iPhone

Chief Wagner:

This letter is a formal demand for the immediate return of my personal and business property, specifically 1- iPhone 12 Max Pro, and that you make an immediate return of this property to myself or my designated agent by April 6, 2022.

On the off chance that you are unaware, this specific item of my property, was seized off my person on Tuesday, March 29, 2022, when I was arrested while peacefully protesting at the Ironton City Center located at 301 S. 3rd Street, Ironton, OH. Despite other of my property being returned to me at the time of my release later this day, your office failed to release and return my cell phone. Since this date, I have made numerous requests to your office for the return of this property, yet you have failed to do so.

Be advised that your office has no valid factual evidence to support a claim that the subject iPhone is contraband. Therefore, your office is unlawfully in possession of this property and your office is holding my property in active breach of my constitutional protections specific to the 1st and 14th Amendments to the Constitution.

Take notice that your offices failure to make a return of this property to me which I have stated to you and/or your counterparts is used for my journalistic endeavors and contains confidential, personal, and time sensitive information has caused me to suffer avoidable injury. Therefore, I will file my Federal Civil Rights lawsuit on Tuesday, April 5, 2022 in the Federal District Court if my phone is not returned.

Regards,

*Jose Maria DeCastro*

Jose Maria DeCastro

## Certificate of Delivery

I, _Terry Knipp_ , do hereby declare under the pains and penalty of perjury of the state of Ohio that on _4/4/22_ , the original of the attached Public Information Request and a copy of this Certificate of Delivery was presented and delivered to:

City of Ironton Police Department
301 S. 3rd St.
Ironton, OH. 45638

And given to _Ofc. Blakenship_ , an employee in said office, agency, or entity by the signer below.

_(Signature)_
Signature

_Terry Knipp_
Printed Name

## DECLARATION OF JOSE MARIA DECASTRO

I, Jose Maria DeCastro, do hereby authorize the person before you, Terry Knipp, to take possession of the subject iPhone 12 Max Pro, known to be in the possession of the City of Ironton Police Department located at 301 S. 3rd Street, Ironton, OH.

I declare under the pains and penalty of perjury of the state of Ohio, that the foregoing is true and correct and is made at my direction. Further, I may be contacted at the phone number below to make any additional confirmation if needed.

*Jose Maria DeCastro*

Jose Maria DeCastro
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445

Exhibit 2

**DECASTRO's video of the 3/29/22 arrest – held on Thumb drive 'A' attached**

Exhibit 3

Darren HaberKorn's audio of the 4/5/22 Call from JANE DOE – held on
Thumb drive 'A' attached

Exhibit 4

Darren Haberkorn's Affidavit of Authenticity of the subject recording
(identified in exhibit 3)

## AFFIDAVIT OF AUTHENTICITY

STATE OF INDIANA      )
                      )  ss
COUNTY OF ALLEN       )

Comes now, **Darin Haberkirn**, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. On approximately April 1, 2022 at 2:27PM. I called the **Lawrence-Ohio** County Clerk's office regarding reports of corruption. I have a receipt of the call in my call log.

2. Unsolicited, a person who goes by "Samantha" told me, "Chille DeCastro had cloned my cell phone number" and "(he)had been harassing the Clerk's Office with Vulgarity"

3. Affiant's attests that being a single-consent state, I recorded the call and sent it to Mr. DeCastro.

4. Affiant further attests that his video recording as presented in **Exhibit 1** is a recording of the phone call he placed to the Lawrence County Clerk's office.

Darin Haberkorn Affidavit                                            1

Further, Affiant sayeth naught.

**Darin Haberkorn**

4-13-22

Date

State of Indian

County of Allen

Subscribed and sworn to (or affirmed) before me on this 13 day of April, 2022.

**Darin Haberkorn**, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (Seal)

Notary Public

My commission expires on 06-06-2027

Darin Haberkorn Affidavit

2