EXHIBIT "A"

DECASTRO Violation of Civil Rights VIDEO