```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN044116
Cashier ID: leek
Transaction Date: 04/13/2022
Payer Name: Kent Freeman
--------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Kent Freeman
 Case/Party: D-OHS-1-22-CV-000204-001
 Amount:     $402.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
--------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

For any payment returned or denied
for insufficient funds, or reversed
due to a chargeback, $53.
```