**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE MARIA DECASTRO, | : | CASE NO. 1:22-cv-00204 |
| | : | |
| Plaintiff, | : | JUDGE BARRETT |
| | : | |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| | : | |
| PAM WAGNER, ET AL., | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| Defendant. | : | **DAWN M. FRICK** |

Now comes Dawn M. Frick of Surdyk, Dowd & Turner Co., L.P.A. and hereby enters an appearance in the above matter as counsel for Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McNight, Robert Fouch, and the City of Ironton, Ohio.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Dawn M. Frick*
Jeffrey C. Turner (0063154)
Dawn M. Frick (0069068)
Benjamin J. Reeb (100018)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333 | (937) 222-1970
jturner@sdtlawyers.com
dfrick@sdtlawyers.com
breeb@sdtlawyers.com
*Trial Attorneys for Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McNight, Robert Fouch, and the City of Ironton, Ohio*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy of the foregoing was additionally sent to the following via regular US mail:

Jose Maria DeCastro
1258 Franklin Street
Santa Monica, CA 90404

                                            */s/ Dawn M. Frick*_____
                                            Dawn M. Frick (0069068)