Case No. _____

IN THE IRONTON MUNICIPAL COURT,
LAWRENCE COUNTY, OHIO

JUN 10 2022

IRONTON MUNICIPAL COURT
Ironton, Ohio

Jose Decastro                :
                             :
         Plaintiff           :   CASE NO.  CVH2200076
                             :
                             :   **ENTRY**
   vs.                       :
                             :   **JUDGE KEVIN J. WALDO**
                             :
Ironton Police Department    :
                             :
         Defendant,          :

---

This matter came on for pre-trial hearing on April 28, 2022 before the Honorable Judge Kevin J. Waldo. Present in Court was the Plaintiff, Jose DeCastro and the Defendant, Ironton Police Department, represented by Ironton Police Chief, Pam Wagner.

The Court observed the Defendant, Ironton Police Department representative, Pam Wagner, return to the Plaintiff, Jose DeCastro, the IPhone 12 Max, subject of the Replevin action, herein.

Therefore, the Plaintiff has obtained possession of the subject property and no evidence was presented as to any damages, thus, the case herein, is **DISMISSED** with prejudice.

_____
JUDGE KEVIN J. WALDO