Case No. _____

MAR 31 2022

IRONTON MUNICIPAL COURT
Ironton, Ohio

IN THE _____Municipal_____ COURT

_____Lawrence_____ COUNTY, OHIO

_____ )  Case No. __CVH 2200076__
(Your Name)                  )          (Leave Blank)
                             )
___DeCastro, Jose___         )  Judge __Waldo__
(Your Address)               )          (Leave Blank)
                             )
___1258 Franklin St___       )
Santa Monica, CA 90404       )  **COMPLAINT FOR REPLEVIN**
                             )
    **Plaintiff**            )
                             )
v.                           )
                             )
_Ironton Police Dept, Lawrence County, )
The state of Ohio_           )
(Defendant's Name)           )
                             )
_____  )
(Defendant's Address)        )
                             )
_____  )
(Defendant's City, State, and ZIP Code) )
    **Defendant**            )

## FIRST CAUSE OF ACTION

1. I am a resident of California, Los Angeles County.

2. Defendant is a resident of Ohio and Lawrence County.

3. This Court has jurisdiction and venue over this matter because it involves residents of Lawrence County and property that is located in _____ County.

4. I own the following property: _Iphone 12 Max_ __
   (list the items Defendant has kept)

_____

_____.

5. My ownership of the property is evidenced by _Ironton Police Dept___
   (list the reasons why you say you own the property)

_____

_____.

6. Defendant took possession of property belonging to me on _March 29th, 2022_.
   (date Defendant took your property)

7. Defendant took possession of my property by __Force, against my whill__
   (describe what Defendant did)

_____

_____.

8. I request the return of my property.

9. Defendant has failed to return the property belonging to me.

10. The property being held by Defendant is worth my Civil Liberties ___.
    (value of your property)

11. Upon information and belief, the property is in the actual possession of Defendant and is located at _3101 South 3rd, Ironton, Ohio, 45638__.
    (address where you believe the property is located)

## SECOND CAUSE OF ACTION

12. Defendant has wrongfully exerted control of my property.

13. Defendant has converted my property.

## REQUEST FOR RELIEF

I request that the Court order the following relief:

A. Find that I am the owner of the property in question;

B. Order Defendant to return the property to me;
C. Grant me costs and damages

E. Grant any other relief that may be just or equitable.

Respectfully submitted,

_____
(Sign Here)

_Jose M. DeCastro_
(Your Name)

_____1258 Franklin St_____
(Your Address)

__Santa Monica, CA, 90404_____
(Your City, State, and ZIP Code)

__310-963-2445_____
(Your Telephone Number)