# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOSE MARIA DECASTRO,   Case No. 1:22-cv-00204

    Plaintiff,   Barrett, J.
                                       Bowman, M.J.

    v.

CLINTON COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

This pro se action was filed in this Court on April 22, 2022 (doc. 1). On May 11, 2022, Defendants Lawrence County, Major Chapman and Jane Doe filed a motion to dismiss Plaintiff's Complaint (doc. 8). Defendants' motion, if granted, would be dispositive of all of Plaintiff's claims against these Defendants.

S. D. Ohio Civ. R. 7.2(a)(2) provides that a memorandum in opposition "shall be filed within twenty-one (21) days after the date of service of the motion." Although more than 21 days have passed since the date of service of the Defendant's motion, Plaintiff has not filed a response.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing on or before **July 22, 2022**, why Defendants Lawrence County, Major Chapman and Jane Doe's motion to dismiss (doc. 8) should not be construed as unopposed and granted for the reasons stated. Plaintiff may also satisfy the requirements of this Order by filing a responsive memorandum to Defendants' motion by the July 22, 2022 deadline.

Failure to timely comply with this Order will result in the pending motion being

granted as unopposed for the reasons stated therein.

**SO ORDERED**.

                                                    *s/Stephanie K. Bowman*
                                                  Stephanie K. Bowman
                                                  United States Magistrate Judge