UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSE MARIA DECASTRO,            Case No. 1:22-cv-00204

    Plaintiff,                          Barrett, J.
                                          Bowman, M.J.
    v.

CLINTON COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

### ORDER TO SHOW CAUSE

This pro se action was filed in this Court on April 22, 2022 (doc. 1). On June 21, 2022, Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McNight, Robert Fouch, and the City of Ironton, Ohio filed a Motion for Judgment on the Pleadings (doc. 15). Defendants' motion, if granted, would be dispositive of all of Plaintiff's claims against these Defendants.

S. D. Ohio Civ. R. 7.2(a)(2) provides that a memorandum in opposition "shall be filed within twenty-one (21) days after the date of service of the motion." Although more than 21 days have passed since the date of service of the Defendant's motion, Plaintiff has not filed a response.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing on or before **August 11, 2022**, why Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McNight, Robert Fouch, and the City of Ironton, Ohio's Motion for Judgment on the Pleadings (doc. 15) should not be construed as unopposed and granted for the reasons stated. Plaintiff may also satisfy the requirements of this Order

by filing a responsive memorandum to Defendants' motion by the August 11, 2022 deadline.

Failure to timely comply with this Order will result in the pending motion being granted as unopposed for the reasons stated therein.

**SO ORDERED**.

                                         _s/Stephanie K. Bowman_
                                         Stephanie K. Bowman
                                         United States Magistrate Judge