FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 AUG 11 PM 3:49
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERM DIVISION**

| | |
|---|---|
| JOSE MARIA DECASTRO | ) Case No.: 22-cv-00204 |
| *Plaintiff,* | ) |
| vs. | ) Plaintiffs Response to Court's Order to Show Cause |
| PAM WAGNER, *et al* | ) |
| | ) Jury Trial Demanded Herein |
| *Defendants,* | ) |

**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Plaintiff, Jose Maria DeCastro, in *propia persona* in the above-titled cause, hereby file his response to this honorable court's order to show cause why his case should not be dismissed.

## I. PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

1. On April 22, 2022, the Plaintiff filed his Original Complaint alleging civil rights violations against the subject defendants. Plaintiff painstakingly arranged the filing of this complaint and the subsequent service upon said defendants shortly thereafter.

2. Plaintiff has his listed address, noted below, for the defendants and the court to mail any case related filings, requests, and orders as he is not authorized to be on this court's Electronic Court Filing system. It should be noted that up and until July 27, 2022 Plaintiff has received nothing from the defendants or this court.

3. Because of other circumstances related to certain of these defendants and other actions, Plaintiff has been preparing his First Amended Complaint which he anticipated filing under Rule 15 as soon he received any response from the defendants.

4. On July 28, 2022, Plaintiff received this court's order to show cause, *Dkt. #17*, as the first item he has received from anyone relating to this action.

5. Plaintiff is committed to prosecuting this litigation and in anticipation of any of defendants' response, has been working diligently to amend his complaint. To date Plaintiff has had nothing to which to respond.

6. Therefore, Plaintiff requests that this case not be dismissed and that he be granted opportunity to pursue his case on the merits.

DATED this 9th day of August, 2022.

Jose Maria DeCastro

Jose Maria DeCastro, *Pro Se*
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445
Email: iamalaskan@gmail.com

## CERTIFICATE OF SERVICE

I, Jose DeCastro, Plaintiff in this matter, does hereby certify that a copy of the foregoing document, Plaintiff's Response to the Court's Order to Show Cause, was sent to the clerk of this honorable court for filing via FEDEX, # , on August 10, 2022. and that a copy was mailed to each Defendant individually via regular first-class mail this same day as follows:

PAM WAGNER,
CHANCE BLANKENSHIP,
EVAN MCKNIGHT,
BRADLEY SPOLJARIC, and
ROBERT FOUCH
c/o Ironton Police Department
301 S. 3rd St.
Ironton, OH. 45638

SAM CRAMBLIT, Mayor
c/o Ironton Mayor's Office
301 S. 3rd St.
Ironton, OH. 45638

SAMANTHA MORRIS
c/o Lawrence County Clerk of Courts
114 S. 4th St.
Ironton, OH 45638

LAWRENCE COUNTY
c/o Lawrence County Comm. Office
1101 S. 4th St.
Ironton, OH. 45638

JOHN CHAPMAN
c/o Lawrence County Sheriff's Office
115 S. 5th St.
Ironton, OH. 45638

/s/ *Jose DeCastro*
Jose DeCastro

TO REUSE: Mark through all previous shipping labels and barcode

ORIGIN ID:FOLA (310) 963-2445
JOSE DECASTRO
1258 FRANKLIN ST
SANTA MONICA, CA 90404
UNITED STATES US

SHIP DATE: 10AUG22
ACTWGT: 0.20 LB
CAD: 6992661/SSF02322

BILL CREDIT CARD

TO OFFICE OF THE CLERK
POTTER STEWART U.S. COURTHOUSE
100 E 5TH ST RM 103

CINCINNATI OH 45202
(000) 000-0000 REF:



FedEx Express



TRK# 0201 2766 2450 8970

THU - 11 AUG 10:30A
PRIORITY OVERNIGHT

XN LUKA

45202
OH-US CVG



RT 117
FZ 116
1
10:30
A
8970
08.11

Reusable E

Align bottom of peel-and-stick airbill or pouch here.