UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSE MARIA DECASTRO,

    Plaintiff,

    v.

PAM WAGNER, et al.,

    Defendants.

Case No. 1:22-cv-00204
Barrett, J.; Bowman, M.J.

**ORDER**

This matter is before the Court on Plaintiff's Response to the Court's Order to Show Cause of July 21, 2022 (doc. 18). As Plaintiff represents that he did not receive the Court's previous Order to Show Cause of June 29, 2022, relating to Defendants Lawrence County, Major Chapman and Jane Doe's motion to dismiss (doc. 16), the Court shall construe Plaintiff's response as being responsive to both Orders to Show Cause.

Having reviewed this matter, the Court finds that Plaintiff has adequately responded to the Court's Orders to Show Cause. Accordingly, the Court's Orders to Show Cause (docs. 16, 17) are hereby **RESCINDED**. Plaintiff is hereby **GRANTED** a thirty (30) day extension of time from the date of this Order in which to respond to Defendants' pending dispositive motions (docs. 8, 15) or to file his first amended complaint.

**SO ORDERED**.

                                  _s/Stephanie K. Bowman_
                                  Stephanie K. Bowman
                                  United States Magistrate Judge