# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOSE MARIA DECASTRO,

    Plaintiff,

    v.

CLINTON COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

Case No. 1:22-cv-00204

Barrett, J.
Bowman, M.J.

## ORDER TO SHOW CAUSE

This pro se action was filed in this Court on April 22, 2022 (doc. 1). On September 15, 2022, Plaintiff filed his First Amended Complaint (doc. 20). On September 20, 2022, Defendants Lawrence County, Major Chapman and Jane Doe filed a Motion to Dismiss Plaintiff's First Amended Complaint (doc. 21). Defendants' motion, if granted, would be dispositive of all of Plaintiff's claims against these Defendants.

S. D. Ohio Civ. R. 7.2(a)(2) provides that a memorandum in opposition "shall be filed within twenty-one (21) days after the date of service of the motion." Although more than 21 days have passed since the date of service of the Defendant's motion, Plaintiff has not filed a response.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing on or before **November 17, 2022**, why Defendants Lawrence County, Major Chapman and Jane Doe's Motion to Dismiss Plaintiff's First Amended Complaint (doc. 21) should not be construed as unopposed and granted for the reasons stated. Plaintiff may also

satisfy the requirements of this Order by filing a responsive memorandum to Defendants' motion by the November 17, 2022 deadline.

Failure to timely comply with this Order will result in the pending motion being granted as unopposed for the reasons stated therein.

**SO ORDERED**.

                                          *s/Stephanie K. Bowman*
                                          Stephanie K. Bowman
                                          United States Magistrate Judge