**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| JOSE MARIA DECASTRO, | Case No. 1:22-cv-00204 |
| Plaintiff, | Barrett, J. |
| | Bowman, M.J. |
| v. | |
| CLINTON COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

### ORDER TO SHOW CAUSE

This pro se action was filed in this Court on April 22, 2022 (doc. 1). On September 15, 2022, Plaintiff filed a First Amended Complaint (doc. 20). On September 29, 2022, Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch and the City of Ironton, Ohio filed a Motion for Judgment on the Pleadings as to Plaintiff's First Amended Complaint (doc. 23). Defendants' motion, if granted, would be dispositive of all of Plaintiff's claims against these Defendants.

S. D. Ohio Civ. R. 7.2(a)(2) provides that a memorandum in opposition "shall be filed within twenty-one (21) days after the date of service of the motion." Although more than 21 days have passed since the date of service of the Defendants' motion, Plaintiff has not filed a response.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing on or before **November 30, 2022**, why Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch and the City of Ironton, Ohio's Motion for Judgment on the Pleadings (doc. 23) should not be construed as unopposed and

granted for the reasons stated. Plaintiff may also satisfy the requirements of this Order by filing a responsive memorandum to Defendants' motion by the November 30, 2022 deadline.

Failure to timely comply with this Order will result in the pending motion being granted as unopposed for the reasons stated therein.

**SO ORDERED**.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge