UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jose Maria Decastro,

    Plaintiff,

v.

Pam Wagner, et al.,

    Defendants.

Case No. 1:22-cv-00204

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Magistrate Judge's Orders to Show Cause instructing Plaintiff to show cause in writing (1) why the Motion to Dismiss the First Amended Complaint (Doc. 21) filed by Lawrence County, Major Chapman and Jane Doe should not be construed as unopposed and granted and (2) why the Motion for Judgment on the Pleadings (Doc. 23) filed by Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch and the City of Ironton, Ohio should not be construed as unopposed and granted. (Doc. 25) (Order to Show Cause regarding Motion to Dismiss); (Doc. 26) (Order to Show Cause regarding Motion for Judgment on the Pleadings).

Both Orders to Show Cause warned Plaintiff that "[f]ailure to timely comply with this Order will result in the pending motion being granted as unopposed for the reasons stated therein." (Doc. 25 PageID 222); (Doc. 26 PageID 224). The time to comply with the Orders to Show Cause has passed, and Plaintiff did not comply therewith by responding in writing or filing a responsive memorandum to either motion by the given deadline. *See* (Doc. 25) (requiring compliance by Nov. 17, 2022); (Doc. 26) (requiring compliance by Nov. 30, 2022).

2

In light of the foregoing, it is hereby **ORDERED** that the unopposed Motion to Dismiss (Doc. 21) and Motion for Judgment on the Pleadings (Doc. 23) are both **GRANTED**, and this matter is **CLOSED** and **TERMINATED** from the Court's active docket.

**IT IS SO ORDERED.**

    _/s Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court