**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jose Maria Decastro,

    Plaintiff,

        v.                           Case No.   1:22cv204

Pam Wagner, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' unopposed Motion to Dismiss (Doc. 21) and Motion for Judgment on the Pleadings (Doc. 23) are both **GRANTED**, and this matter is **CLOSED** and **TERMINATED** from the Court's active docket.

Date: December 6, 2022                       Richard W. Nagel, Clerk
                                                          Clerk

                                    By:   *s/ Krista Zeller*
                                                       Deputy Clerk