UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| JOSE MARIA DECASTRO, | : | CASE NO. 1:22-cv-00204 |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | AFFIDAVIT OF RAVEN CLARK |
| PAM WAGNER, ET AL., | : | |
| Defendant. | : | |

STATE OF OHIO        )
                     ) SS
COUNTY OF MONTGOMERY )

Now comes Affiant, Raven Clark, first being duly cautioned and sworn according to law, and deposes and states the following:

1. I have personal knowledge of the facts reflected in this Affidavit, that I am over 18 years of age, and of sound mind.

2. I am a paralegal for Dawn M. Frick, who is counsel of record for Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McNight, Robert Fouch, and the City of Ironton, Ohio ("the Ironton Defendants").

3. I attest that I sent the following documents to Plaintiff at 1258 Franklin Street, Santa Monica, CA 90404 by regular U.S. Mail and First Class Mail:

   a. Notice of Appearance by Jeffrey Charles Turner (Doc. 9);

   b. Notice of Appearance by Benjamin Joshua Reeb (Doc. 10);

   c. Notice of Appearance by Dawn M. Frick (Doc. 11);

   d. The Ironton Defendants' Answer to Plaintiff's Complaint (Doc. 12);

   e. The Ironton Defendants' Motion for Judgment on the Pleadings (Doc. 13);

Exhibit C

  f. The Ironton Defendants' Answer to Plaintiff's Amended Complaint (Doc. 22)

  g. The Ironton Defendants' Motion for Judgment on the Pleadings (Doc. 23);

4. I attest that no return mail was received after sending the above-mentioned documents.

AFFIANT FURTHER SAYETH NAUGHT.

_____
Raven Clark

Subscribed and sworn to before me this ___8th___ day of December, 2022.

_____
Notary Public

CHRISTOPHER T. HERMAN, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03 O.R.C.