## Stephanie Arrowood

| | |
|---|---|
| **From:** | Raven Clark |
| **Sent:** | Thursday, September 29, 2022 2:06 PM |
| **To:** | iamalaskan@gmail.com |
| **Cc:** | Dawn Frick; Nate Rose |
| **Subject:** | Jose Maria DeCastro v. Pam Wagner, et al. Case No. 22-204 |
| **Attachments:** | 9.29.22 Ltr to PL re Answer, MJP, and Notice of Substitution of Counsel w Attachment.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | iamalaskan@gmail.com | | |
| | Dawn Frick | Delivered: 9/29/2022 2:06 PM | |
| | Nate Rose | Delivered: 9/29/2022 2:06 PM | Read: 9/29/2022 2:09 PM |

Good afternoon,

Please see the attached correspondence from Dawn Frick referencing the pleadings we filed today in the United States District Court. You will also receive these documents via mail in the next couple of days.

Thank you,

*Raven M. Clark, Paralegal*

Surdyk, Dowd & Turner Co., L.P.A.
rclark@sdtlawyers.com
www.sdtlawyers.com

Dayton Office
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
937-222-2333
937-204-1621 (fax)

*PLEASE NOTE OUR NEW CINCINNATI OFFICE ADDRESS - PLEASE DIRECT ALL MAIL TO OUR DAYTON OFFICE*

Cincinnati Office
9078 Union Centre Blvd., Suite 350
West Chester, Ohio 45069
Ph. 513-206-9998


Surdyk : Dowd : Turner
ATTORNEYS AT LAW

NOTICE: The information contained in this electronic mail transmission is intended by Surdyk, Dowd & Turner Co., L.P.A. for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Surdyk, Dowd & Turner Co., L.P.A. at (937) 222-2333, so that our address record can be corrected.

Exhibit D