| | |
|---|---|
| **From:** | Nate Rose |
| **To:** | iamalaskan@gmail.com |
| **Cc:** | Dawn Frick |
| **Subject:** | Video - Document 20-1; 1:22-cv-00204 Decastro v. Wagner |
| **Date:** | Monday, January 23, 2023 9:07:46 AM |
| **Attachments:** | #20-1 USB Drive.pdf |
| | image001.png |

Mr. DeCastro,

Attached as an exhibit to your Amended Complaint was a USB drive containing a video of the incident at issue. I have attached a screenshot of the USB drive for your convenience. However, we were never served with a copy of that USB drive. Accordingly, I must request that you provide us with a copy of the video via email. Otherwise, we may be forced to file for an extension of time until you have properly served us with a copy of the video.

Best regards,

Nate

**Nate Rose, Esq.**
**Surdyk, Dowd & Turner Co., L.P.A.**
**nrose@sdtlawyers.com**
**www.sdtlawyers.com**

**Dayton Office**
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
937-222-2333, Ext. 330
937-222-1970 (fax)

*PLEASE NOTE OUR NEW CINCINNATI OFFICE ADDRESS - PLEASE DIRECT ALL MAIL TO OUR DAYTON OFFICE*

**Cincinnati Office**

9078 Union Centre Blvd., Suite 350
West Chester, Ohio 45069
Ph. 513-206-9998


Surdyk | Dowd | Turner
ATTORNEYS AT LAW

*NOTICE: The information contained in this electronic mail transmission is intended by Surdyk, Dowd & Turner Co., L.P.A. for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Surdyk, Dowd & Turner Co., L.P.A. at (937) 222-2333, so that our address record can be corrected.*

Exhibit A