**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@sdtlawyers.onmicrosoft.com>
**Sent:** Tuesday, January 24, 2023 9:19 AM
**To:** Nate Rose
**Subject:** Relayed: RE: Video - Document 20-1; 1:22-cv-00204 Decastro v. Wagner

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

iamalaskan@gmail.com (iamalaskan@gmail.com)

Subject: RE: Video - Document 20-1; 1:22-cv-00204 Decastro v. Wagner

Exhibit D