| | |
|---|---|
| From: | Nate Rose |
| To: | iamalaskan@gmail.com |
| Cc: | Dawn Frick |
| Subject: | Jose Maria DeCastro v. Pam Wagner, et al.; U.S. District Court, Southern Dist. of OH; Case No. 22-204 - SDT #2814.1460 |
| Date: | Wednesday, February 08, 2023 5:04:00 PM |
| Attachments: | image001.png |

Mr. DeCastro:

In support of our Reply in Support of Defendants Motion for Judgment on the Pleadings, we are planning to manually file a video you recorded of the incident at issue. To do so, we must request leave of the Court. Do you have any objection to us filing a joint motion for leave?

Best regards,

Nate

**Nate Rose, Esq.**
**Surdyk, Dowd & Turner Co., L.P.A.**
**nrose@sdtlawyers.com**
**www.sdtlawyers.com**

**Dayton Office**
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
937-222-2333, Ext. 330
937-222-1970 (fax)

*PLEASE NOTE OUR NEW CINCINNATI OFFICE ADDRESS - PLEASE DIRECT ALL MAIL TO OUR DAYTON OFFICE*

**Cincinnati Office**

9078 Union Centre Blvd., Suite 350
West Chester, Ohio 45069
Ph. 513-206-9998



*NOTICE: The information contained in this electronic mail transmission is intended by Surdyk, Dowd & Turner Co., L.P.A. for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Surdyk, Dowd & Turner Co., L.P.A. at (937) 222-2333, so that our address record can be corrected.*