| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | iamalaskan@gmail.com |
| **Subject:** | Relayed: Jose Maria DeCastro v. Pam Wagner, et al.; U.S. District Court, Southern Dist. of OH; Case No. 22-204 - SDT #2814.1460 |
| **Date:** | Thursday, February 09, 2023 8:15:41 AM |
| **Attachments:** | Jose Maria DeCastro v. Pam Wagner et al.; U.S. District Court Southern Dist. of OH; Case No. 22-204 - SDT #2814.1460.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
iamalaskan@gmail.com (iamalaskan@gmail.com) <mailto:iamalaskan@gmail.com>
Subject: Jose Maria DeCastro v. Pam Wagner, et al.; U.S. District Court, Southern Dist. of OH; Case No. 22-204 - SDT #2814.1460