

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

JOSE MARIA DECASTRO
         Plaintiff,

Case Number: 22-cv-00204

vs.

Judge: Michael Ryan Barrett

WAGNER, et al.,
         Defendant.

## MOTION BY PRO SE LITIGANT TO OBTAIN ELECTRONIC CASE FILING RIGHTS

As a party in the above-captioned matter, I, JOSE MARIA DECASTRO, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
3. I have access to the technical requirements necessary to e-file successfully:
   - A computer with internet access;
   - An e-mail account that can receive notifications from the Court and notices from the e-filing system on a daily basis;
   - A scanner to convert documents that are only in paper format into electronic files;
   - A printer or copier to create required paper copies such as copies for chambers;
   - A word processing program to create documents;
   - A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be filed; and
   - A PACER account.

4. I understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current edition of the ECF Policies and Procedures Manual issued by the Clerk.

5. I understand that permission to file electronically may be revoked at any time.

Date: 3/27/2023

Signature: _____

Pro Se
Name: Jose DeCastro
Address: 1258 Franklin St.
Santa Monica, CA 90404
Phone Number: (310) 963-2445
E-Mail Address: iamalaskan@gmail.com

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Jose DeCastro
1258 Franklin St.
Santa Monica CA 90404



0007630717000011
U.S. District Court
Office of the Clerk
100 E. Fifth St. Room 103
Cincinnati OH 45202
USA

AJIWIP1    45202