# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JOSE MARIA DECASTRO, | Case Number: 1:22-cv-00204 |
| Plaintiff, | Barrett, J.; Bowman, M.J. |
| v. | |
| PAM WAGNER, et al., | **ORDER** |
| Defendants. | |

This matter is before the Court on pro se Plaintiff's Motion to Obtain Electronic Case Filing Rights (doc. 37).

Having reviewed this matter, the Court finds that Plaintiff meets all necessary requirements to participate as an electronic filer in the Court's electronic case filing system. Accordingly, the Court hereby GRANTS Plaintiff's motion (doc. 37). This authorization is limited to electronic filings made in this case only. Plaintiff shall ensure that he complies with all provisions of this Court's Electronic Filing Policies and Procedures Manual, which is available on the Court's website, www.ohsd.uscourts.gov. Failure to do so will result in a revocation of this Order. Additionally, to ensure that Plaintiff has the ability to receive electronic service of filings, he shall establish an account with Public Access to Court Electronic Records (PACER).

**SO ORDERED**.

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge