
# DeCastro v. Pam Wagner, et al.
3 messages

**Cassaundra Sark** <csark@lambert-law.org>     Wed, Mar 8, 2023 at 11:58 AM
To: "IamAlaskan@gmail.com" <IamAlaskan@gmail.com>

Mr. DeCastro,

Attached you'll find the Lawrence County Defendants' first set of written discovery. A hard copy is being mailed out today. If you have any questions or concerns, please let me know.

Thanks,
**Cassaundra L. Sark**
Attorney
Lambert Law Office
215 South 4th Street
Ironton, Ohio 45638
Tel: (740) 532-4333
Fax: (740) 532-7341
E-mail: csark@lambert-law.org

**NOTICE:** This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending this message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**2 attachments**

 **DeCastro (First Set Written Discovery to DeCastro).docx**
150K

 **DeCastro (First Set Written Discovery to DeCastro).pdf**
150K

---

**Chille DeCastro** <iamalaskan@gmail.com>     Wed, Mar 8, 2023 at 8:13 PM
To: Cassaundra Sark <csark@lambert-law.org>

Dear Ms. Sark,

I've noted your RFPs, but did you mean to send me interrogatories (especially these ones)? Sending interrogatories without leave of the court before the 26(f) meeting is improper, and these questions are mostly requesting things that will be in my initial disclosures or for things wholly inappropriate, especially given my claims. Should I disregard these, or is there any reason why I shouldn't file a motion for sanctions? I'm considering doing exactly that. Were you unaware that you're out of bounds?

Thank you,
Jose M. DeCasto

[Quoted text hidden]

---

**Cassaundra Sark** <csark@lambert-law.org>     Wed, Mar 8, 2023 at 9:37 PM
To: Chille DeCastro <iamalaskan@gmail.com>

Mr. DeCastro,

I was mistaken in my belief that a rule 26(f) report was completed in this case. After reviewing the docket, I realize that it has not been completed. Please disregard the first set of written discovery that I've sent. I will send it to you once more when the rule 26(f) report is filed.

- Cassaundra
[Quoted text hidden]
--
[Quoted text hidden]