**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jose Maria Decastro,

    Plaintiff,

        v.                                        Case No.   1:22cv204

Pam Wagner, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]  JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[ X ]  DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Court granted the County Defendants' motion to dismiss, (Doc. 21), and the City Defendants' motion for judgment on the pleadings, (Doc. 23) and dismissed Decastro's complaint, (Doc. 20).

Date: August 3, 2023                               Richard W. Nagel, Clerk
                                                            Clerk

                                          By:   *s/ Krista Zeller*
                                                     Deputy Clerk