**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Jose Maria Decastro,

    Plaintiff,

        v.                          Case No.   1:22cv204

Pam Wagner, et al.,

    Defendants.

## CORRECTED JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[ X]**    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**: The Court's August 8, 2023 Order (Doc. 47) granted the County Defendants' motion to dismiss, (Doc. 21), and the City Defendants' motion for judgment on the pleadings, (Doc. 23) and dismissed Decastro's complaint, (Doc. 20). The Court's September 26, 2023 Order (Doc. 58) denied Decastro's motions for reconsideration, (Docs. 49, 51) and denied as moot the motion for leave to file a second amended complaint, (Doc. 55). The motion to correct the judgment, (Doc. 50), was granted.

Date: September 26, 2023                Richard W. Nagel, Clerk
                                                    Clerk

                                      By:    *s/ Krista Zeller*
                                                       Deputy Clerk