# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DISTRICT

| | |
|---|---|
| JOSE MARIA DECASTRO | ) Case No. 22-cv-00204 |
| *Plaintiff*, | ) **NOTICE OF APPEAL** |
| vs. | ) |
| PAM WAGNER, et al. | ) |
| *Defendants*. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Jose Maria DeCastro appeals to the United States Court of Appeals for the 6th Circuit from the final judgment entered on September 26, 2023, as well as any and all interlocutory rulings, decisions and orders that gave rise to said judgements, and all post-judgement rulings, decisions, and orders.

DATED: September 28, 2023                    Respectfully submitted,

/s/ Jose Maria DeCastro
Jose Maria DeCastro, Pro Se
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445
Email: iamalaskan@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jose Maria DeCastro