

# U.S. District Court

### Ohio Southern - Cincinnati

Receipt Date: Nov 20, 2023 12:30PM

Ethics SCS Inc.

| Rcpt. No: 100002990 | Trans. Date: Nov 20, 2023 12:30PM | | | Cashier ID: #ZC |
|---|---|---|---|---|
| **CD** | **Purpose Code** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender Type | | | Amt |
|---|---|---|---|---|
| PC | Paper Check Conversion | #1003 | 10/24/2023 | $505.00 |
| | | | Total Due Prior to Payment: | $505.00 |
| | | | Total Tendered: | $505.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 1:22-cv-204

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.