**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 17, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

           Re:  Case No. 23-3808, *Jose DeCastro v. Pam Wagner, et al*
                 Originating Case No. : 1:22-cv-00204

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Mackenzie A. Collett
                                          For Monica Page

cc:  Mr. Jose Maria DeCastro
      Ms. Dawn M. Frick
      Mr. Randall L. Lambert
      Ms. Cassaundra L. Sark
      Mr. Jeffrey Charles Turner

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3808

_____

Filed: July 17, 2024

JOSE MARIA DECASTRO

    Plaintiff - Appellant

v.

PAM WAGNER, in her individual and official capacities; BRAD SPOLJARIC, in his individual and official capacities; CHANCE BLANKENSHIP, in his individual and official capacities; EVAN MCKNIGHT, in his individual and official capacities; ROBERT FOUCH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/25/2024 the mandate for this case hereby issues today.

COSTS: None